**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Alexandria Division**

CATHERINE SPOON,
on behalf of herself and others similarly situated

     Plaintiff,

v.                              Civil Action No. 1:26-cv-69

NVA FINANCIAL SERVICES, LLC*,*

     Defendant.

## NOTICE OF APPEARANCE

PLEASE NOTE the appearance of Paulo E. Franco, Jr. as counsel for *Thompson*McMullan,

P.C. ("Withdrawing Counsel") for purposes of its Motion to Withdraw as Counsel (ECF No. 11).

Mr. Franco is admitted to practice in this Court.

     Respectfully submitted,

     **THOMPSON MCMULLAN, P.C.**

     By:     /s/ *Paulo E. Franco, Jr.*
     William D. Prince IV, Esquire (VSB No. 77209)
     Paulo E. Franco, Jr., Esquire (VSB No. 30298)
     Daniel-Lester S. Edwards, Esquire (VSB No. 99337)
     *Thompson*McMullan, P.C.
     100 Shockoe Slip, 3rd Floor
     Richmond, Virginia 23219
     Telephone: (804) 649-7545
     Facsimile: (804) 780-1813
     Email: wprince@t-mlaw.com
     Email: pfranco@t-mlaw.com
     Email: dledwards@t-mlaw.com
     *Withdrawing Counsel for Defendant NVA Financial*
     *Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of May, 2026, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system, which will send notification of such filing to

counsel of record:

Anthony Ilo Paronich, Esq. (Mass. No. 678437)
Admitted Pro Hac Vice
Paronich Law, P.C.
350 Lincoln St, Suite 2400
Hingham, MA 02043
Telephone: (617)-485-0018
Fax: (508)-318-8100
Email: anthony@paronichlaw.com

William Peter Robinson, III, Esq. (VSB No. 76098)
1934 Old Gallows Road, Suite 350K
Vienna, VA 22181
Telephone: (703)-789-4800
Email: william@robinsonslaw.com

*Counsel for Catherine Spoon,*
*on behalf of herself and others similarly situated*

By: \_\_\_\_/s/ Paulo E. Franco, Jr._____
Paulo E. Franco, Jr, Esquire (VSB No. 30298)
*Thompson*McMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804) 649-7545
Facsimile: (804) 780-1813
Email: pfranco@t-mlaw.com
*Withdrawing Counsel for Defendant NVA Financial*
*Services, LLC*