IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

CATHERINE SPOON, on behalf of herself and
others similarly situated,

    Plaintiff,

v.

NVA FINANCIAL SERVICES, LLC,

    Defendant.

Civil Action No. 1:26-cv-69-MSN-WEF

## ORDER

This matter comes before the Court on the Motion of William D. Prince IV, Daniel-Lester S. Edwards, and ThompsonMcMullan, P.C. (collectively, "Withdrawing Counsel") to withdraw as counsel for defendant NVA Financial Services, LLC ("Defendant") in this case (Dkt. 11).

For the reasons stated on the record in open court, it is hereby

**ORDERED** that the Motion (Dkt. 11) is **GRANTED**; and it is further

**ORDERED** that Withdrawing Counsel is granted leave to withdraw their appearance as counsel for Defendant and is relieved of any further responsibility in this matter; and it is further

**ORDERED** that the Clerk of Court is directed to terminate Withdrawing Counsel's appearance on the docket; and it is further

**ORDERED** that, on or before May 26, 2026, Defendant shall produce any records of prerecorded calls sent by or on behalf of Defendant during the class period; and it is further

**ORDERED** that, if no new counsel appears on behalf of Defendant on or before May 26, 2026, Plaintiff shall seek entry of default against Defendant on or before June 2, 2026; and it is further

**ORDERED** that, following the entry of default against Defendant, Plaintiff shall file a Motion for Default Judgment, together with a supporting memorandum of law, on or before June 16, 2026.

**ENTERED** this 5th day of May, 2026.

WILLIAM E. FITZPATRICK
UNITED STATES MAGISTRATE JUDGE

2